**Stephen SIMON, an individual and as assignee of assignors, Plaintiff–Appellant,**

**v.**

**VALUE BEHAVIORAL HEALTH, INC., et al., Defendants– Appellees.**

**No. 98–55905.**

United States Court of Appeals, Ninth Circuit.

Filed Dec. 7, 2000

Before: D.W. NELSON and RYMER, Circuit Judges.

### ORDER

The opinion filed March 17, 2000, appearing at 208 F.3d 1073, (9th Cir.2000), is amended as follows:

Page 1076, caption: change Defendants–Appellants to Defendants–Appellees, and add Specialty Medical Clinic, Inc. and Specialty Medical Clinic Inc. Em-

ployee Benefit Plan at the end of the list of defendants-appellees.